UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61054-CIV-ALTMAN/Hunt

**ILEANA DIAZ** and
**ALEXANDER GOMEZ**,

    *Plaintiff*,

v.

**MARINER FINANCE, LLC**,

    *Defendant*.

_____/

## ORDER

On a phone call with chambers, the parties indicated this matter has settled in full. Accordingly, the Court hereby

**ORDERS** that the Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot**. Any pending deadlines and hearings are **TERMINATED**. The parties shall file a stipulation of dismissal within **thirty (30) days** of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record